**STATE of Missouri, Respondent,**

v.

**Curtis BANKS, Appellant.**

**No. 47483.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 9, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 1984.

Application to Transfer Denied
July 17, 1984.

Joseph Webb, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Defendant appeals from his convictions, after a jury trial, of burglary in the second degree and resisting arrest. He was sentenced to seven years' imprisonment on the burglary conviction and five years' imprisonment on the resisting arrest conviction. The sentences were ordered to be served consecutively. No jurisprudential purpose would be served by a written opinion. The

judgment of the trial court is affirmed pursuant to Rule 30.25(b).